UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

ZACHARY VERNIE SCOTT COLLINS,

                Petitioner,

    v.

BERNIE WARNER,

                Respondent.

CASE NO. C15-5185 RBL-KLS

ORDER FOR SERVICE AND ANSWER, § 2254 PETITION

This is a federal habeas action filed under 28 U.S.C. § 2254.  The Court, having reviewed petitioner's federal habeas petition, hereby finds and **ORDERS** as follows:

(1) The Clerk shall arrange for service by certified mail upon respondent and upon the Attorney General of the State of Washington, of copies of the Petition, supporting memoranda, and a copy of this Order.  The Clerk shall also direct a copy of this Order and of the Court's *pro se* instruction sheet to petitioner.

(2) Within *forty-five (45) days* after such service, respondent(s) shall file and serve an answer in accordance with Rule 5 of the Rules Governing Section 2254 Cases in United States District Courts.  As part of such answer, respondent(s) shall state whether petitioner has exhausted available state remedies and whether an evidentiary hearing is necessary.

ORDER FOR SERVICE AND ANSWER,
§ 2254 PETITION - 1

1  Respondent(s) shall not file a dispositive motion in place of an answer without first showing

2  cause as to why an answer is inadequate.  Respondent(s) shall file the answer with the Clerk of

3  the Court and serve a copy of the answer on petitioner.

4        (3)      The answer will be treated in accordance with LCR 7.  Accordingly, on the face

5  of the answer, respondent(s) shall note it for consideration on the fourth Friday after filing.

6  Petitioner may file and serve a response not later than the Monday immediately preceding the

7  Friday designated for consideration of the matter, and respondent(s) may file and serve a reply

8  not later than the Friday designated for consideration of the matter.

9        (4)      <u>Filing by Parties, Generally</u>

10        All attorneys admitted to practice before this Court are required to file documents

11  electronically via the Court's CM/ECF system.  All non-attorneys, such as *pro se* parties and/or

12  prisoners, may continue to file a paper original with the Clerk.  All filings, whether filed

13  electronically or in traditional paper format, must indicate in the upper right hand corner the

14  name of the magistrate judge to whom the document is directed.

15        For any party filing electronically, when the total of all pages of a filing exceeds fifty

16  (50) pages in length, a paper copy of the document (with tabs or other organizing aids as

17  necessary) shall be delivered to the Clerk's Office for chambers.  The chambers copy must be

18  clearly marked with the words "Courtesy Copy of Electronic Filing for Chambers."

19        Any document filed with the Court must be accompanied by proof that it has been served

20  upon all parties that have entered a notice of appearance in the underlying matter.

21        (5)      <u>Motions</u>

22        Any request for court action shall be set forth in a motion, properly filed and served.

23  Pursuant to LCR 7(b), any argument being offered in support of a motion shall be submitted as a

ORDER FOR SERVICE AND ANSWER,
§ 2254 PETITION - 2

part of the motion itself and not in a separate document.  The motion shall include in its caption (immediately below the title of the motion) a designation of the date the motion is to be noted for consideration on the Court's motion calendar.

(6) <u>Direct Communications with District Judge or Magistrate Judge</u>

No direct communication is to take place with the District Judge or Magistrate Judge with regard to this case.  All relevant information and papers are to be directed to the Clerk.

Dated this <u> 7th </u> day of <u>April</u>, 2015.

*[signature]*
Karen L. Strombom
United States Magistrate Judge

ORDER FOR SERVICE AND ANSWER,
§ 2254 PETITION - 3