# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| ZACHARY VERNIE SCOTT COLLINS,<br><br>Petitioner,<br><br>v.<br><br>JEFFREY A. UTTECHT,<br><br>Respondent. | CASE NO. C15-5185 RBL-KLS<br><br>ORDER GRANTING PETITIONER'S EXTENSION |

Petitioner Zachary Vernie Scott Collins seeks a ninety day extension of time to file his reply to Respondent's answer to the petition for writ of habeas corpus. Dkt. 16. Petitioner's reply was due on July 20, 2015. Accordingly, it is **ORDERED:**

(1) Petitioner's motion (Dkt. 16) is **GRANTED.** Petitioner shall file his reply **on or before October 19, 2015.** The Clerk shall **re-note** the habeas petition for the Court's consideration on **October 23, 2015.**

(2) The Clerk shall send a copy of this Order to Petitioner and to counsel for Respondent.

DATED this 3rd day of August, 2015.

*Karen L. Strombom*
Karen L. Strombom
United States Magistrate Judge

ORDER GRANTING PETITIONER'S
EXTENSION- 1