```
                    FILED ____ LODGED
                    ____ RECEIVED
                    APR 05 2016
                    CLERK U.S. DISTRICT COURT
                    WESTERN DISTRICT OF WASHINGTON AT TACOMA
                                                    BY              DEPUTY
```

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| ZACHARY VERNIE SCOTT COLLINS,<br><br>Petitioner,<br><br>v.<br><br>JEFFREY L. UTTECHT,<br><br>Respondent. | No. C15-5185 RBL-KLS<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION |

The Court, having reviewed the petition for writ of habeas corpus, the response, the Report and Recommendation of Magistrate Judge Karen L. Strombom, objections to the Report and Recommendation, if any, and the remaining record, does hereby find and **ORDER**:

(1) The Court adopts the Report and Recommendation.

(2) The petition for writ of habeas corpus is **DENIED** and **dismissed with prejudice.**

(3) Petitioner's motion for evidentiary hearing (Dkt. 22) is **DENIED.**

(4) The issuance of a certificate of appealability is **DENIED.**

(5) The Clerk is directed to send copies of this Order to Petitioner, counsel for Respondent and to the Hon. Karen L. Strombom.

**DATED** this 5th day of April, 2016.

RONALD B. LEIGHTON
United States District Court Judge

ORDER ADOPTING REPORT AND RECOMMENDATION - 1